Submitted March 7, reversed April 23, 2014

In the Matter of T. N.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

T. N.,
*Appellant.*

Washington County Circuit Court
C130059MC; A155433

323 P3d 997

Garrett A. Richardson and Multnomah Defenders, Inc.,
filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce,
Solicitor General, and Sarah M. Villanueva, Assistant
Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Wollheim, Judge,
and Lagesen, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing her for a period not to exceed 180 days pursuant to ORS 426.130. Appellant argues, among other contentions, that the trial court plainly erred by failing to advise her of the right to subpoena witnesses under ORS 426.100(1)(d). *See State v. M. L. R.*, 256 Or App 566, 570-71, 303 P3d 954 (2013) (holding that the "failure to provide a person with all of the information required by ORS 426.100(1) constitutes an egregious error that justifies plain error review"). The state concedes that the trial court erred in that regard and that the judgment should be reversed. We agree, accept the state's concession, and, for the reasons set forth in *M. L. R.*, exercise our discretion to correct the error.

Reversed.